```
QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VANESSA NICOLE NUNEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00168 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO VACATE MOTIONS CALENDAR; CONTINUE STATUS CONFERENCE HEARING; SET MOTION HEARING; AND ORDER THEREON |
| v. | ) | |
| VANESSA NICOLE NUNEZ, et al., | ) | Date:  August 15, 2005 |
| Defendants. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein that the motions calendar previously set in the above captioned case be vacated, to be reset by the Court;

   IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference hearing in the above captioned matter, set for August 2, 2005 be continued to **August 15, 2005 at 9:00 a.m;**

   IT IS FURTHER STIPULATED that defendant Vanessa Nicole Nunez' "Notice of Motion for Review of Detention Orders" filed on July 21, 2005 be set for hearing on **August 15, 2005 at 9:00 a.m;** and that any response by the Government to said Notice of Motion for Review of Detention Orders shall be filed on or before **August 10, 2005**.

   The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

DATED: July 27, 2005

McGREGOR W. SCOTT
United States Attorney


/s/ Sherrill A. Carvalho
Assistant U. S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: July 27, 2005         QUIN DENVIR
                             Federal Defender


/s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant
VANESSA NICOLE NUNEZ



/s/ Stephen Mensel
STEPHEN MENSEL
Attorney for Defendant
ALEJANDRO LOPEZ VELAZQUEZ


## ORDER

IT IS SO ORDERED.

**Dated:   July 29, 2005**                **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Calendar; Continue Status
Conference Hearing; Set Motion Hearing         2