1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  VANESSA NICOLE NUNEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   NO. 1:05-cr-00168 AWI
                                        )
12            Plaintiff,                )   STIPULATION TO CONTINUE STATUS CONFERENCE
                                        )   HEARING; VACATE MOTION HEARING TO BE RESET BY
13       v.                             )   COURT AT LATER DATE; EXTEND GOVERNMENT'S
                                        )   RESPONSE DATE TO DEFENDANT'S MOTION; AND
14  VANESSA NICOLE NUNEZ, et al.,       )   ORDER THEREON
                                        )
15            Defendants.               )   Date:  August 22, 2005
                                        )   Time:  9:00 a.m.
16  _____)   Judge: Hon. Anthony W. Ishii

17

18       IT IS HEREBY STIPULATED  by and between the parties hereto, and through their respective

19  attorney of record herein, that the Status Conference hearing in the above captioned matter, set for

20  August 15, 2005 is continued to **August 22, 2005 at 9:00 a.m;**

21       IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective

22  attorney of record herein, that defendant Vanessa Nicole Nunez' hearing on her  "Notice of Motion for

23  Review of Detention Orders" filed on July 21, 2005 is hereby vacated, to be reset by the Court at a later

24  date; and the Government's response to said motion,  due on or before August 10, 2005,  is hereby

25  extended indefinitely to a date to be reset by the parties at a later time.

26       The parties agree that the delay resulting from the continuance shall be excluded as necessary for

27  effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

28  ///

1 | motions and ruling thereon pursuant to 18 U.S.C. § 3161(h)(1)(F).

2 | DATED:  August 11,2005

3 |                                           McGREGOR W. SCOTT
                                              United States Attorney
4 |

5 |

6 |                                           /s/ Sherrill A. Carvalho
                                              SHERRILL A. CARVALHO
                                              Assistant U. S. Attorney
7 |                                           Attorney for Plaintiff
                                              UNITED STATES OF AMERICA
8 |

9 | DATED:  August 11, 2005                   QUIN DENVIR
                                              Federal Defender
10 |

11 |

12 |                                          /s/ Mark A. Lizarraga
                                              MARK A. LIZARRAGA
                                              Assistant Federal Defender
13 |                                          Attorney for Defendant
                                              VANESSA NICOLE NUNEZ
14 |

15 |

16 |

17 | DATED:  August 11, 2005                  /s/ Stephen Mensel
                                              STEPHEN MENSEL
                                              Attorney for Defendant
18 |                                          ALEJANDRO LOPEZ VELAZQUEZ

19 |

20 |                                  ORDER

21 |

22 | IT IS SO ORDERED.

23 | **Dated:    August 15, 2005**            **/s/ Anthony W. Ishii**
     0m8i78                                   UNITED STATES DISTRICT JUDGE
24 |

25 |

26 |

27 |

28 |

Stipulation to Continue Status Conference Hearing;
Vacate Motion Hearing to be Reset by Court, etc.                2